**Order filed May 30, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00070-CV
_____

### KYEKYEKU OPOKU-PONG, Appellant

### V.

### PRISCILLA BOAHEMAA, Appellee

---

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1105370**

---

## O R D E R

Appellant's brief was due May 10, 2019**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **June 14, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM